BEFORE THE SECOND DIVISION, AUGUST 11, 1943

**No. 48651.**—Protest 17020–K of T. A. Desmond & Co. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of hats similar to those involved in *Armand Schwab* v. *United States* (30 C. C. P. A. 72, C. A. D. 218) and others similar to those involved in Abstract 46498.   In accordance therewith the claim at 25 percent under paragraph 1504 (b) (1) was sustained as to these items.

**No. 48652.**—Protest 985662–G of Albert Eckstein & Co. (New York).

Opinion by TILSON, J.   Upon the agreed facts that certain of the racello hats or hoods in question are similar to those involved in Abstract 47291 the claim at 25 percent under paragraph 1504 (b) (1) was sustained as to the merchandise in question.

**No. 48653.**—Protests 728458–G (A), etc., of Favorite Panama Hat Co. (New York).

Opinion by TILSON, J.   The record showed that certain of the items in question are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).   In accordance therewith the claim at 25 percent under paragraph 1504 (b) (5) was sustained as to these items.

**No. 48654.**—Protests 683027–G, etc., of Heinsheimer Bros., Inc., et al. (New York).

Opinion by TILSON, J.   The testimony showed that certain of the items consist of harvest hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).   The protests were therefore sustained as to these items.

**No. 48655.**—Protest 63761–K of Ades Bros. (San Francisco).

Opinion by TILSON, J.   It appeared from the official record that the entry was liquidated on May 13, 1940, and the protest filed January 29, 1941.   The motion of counsel for the defendant to dismiss was therefore granted.